IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DARNELL RELIFORD                                                       PLAINTIFF

vs.                             Civil No. 04-4115

JO ANNE B. BARNHART,
Commissioner, Social Security Administration               DEFENDANT

## **JUDGMENT**

Comes now the Court on this 27th day of December, 2005, in accordance with the Memorandum Opinion filed in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of Social Security is reversed and this matter is remanded to the Commissioner, pursuant to sentence four, *42 U.S.C. § 405(g),* for further consideration consistent with the Memorandum Opinion.

Counsel is reminded that, in view of the United States Supreme Court decision, *Shalala v. Schaefer, 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993)*, a petition for attorney's fees under the Equal Access to Justice Act must be filed within 30 days from the date this Judgment becomes final.

IT IS SO ORDERED.

                                                                       /s/Bobby E. Shepherd
                                                                       Honorable Bobby E. Shepherd
                                                                       United States Magistrate Judge