IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DARNELL RELIFORD                                                          PLAINTIFF

    v.                              Civil No. 04-4115

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                   DEFENDANT

## JUDGMENT

On this 17th day of April, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Charles D. Barnette, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $1,470.00 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

/s/Bobby E. Shepherd
Honorable Bobby E. Shepherd
United States Magistrate Judge